**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Colorado__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual         12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Larimer Skyview, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   Aleph Objects, Inc.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ - __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   16608 Red Canyon Ranch Rd.
   Number    Street

   _____

   Loveland          CO    80521
   City              State  ZIP Code

   Larimer
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City              State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City              State  ZIP Code

Debtor  __Larimer Skyview, Inc._____     Case number (*if known*)_____
       *Name*

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | www.larimerskyview.com |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☒ None of the types of business listed. <br> ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No <br> ☐ Yes. Debtor _____ Relationship _____ <br>     District _____ Date filed _____ Case number, if known _____ <br>                                            MM / DD / YYYY <br>     Debtor _____ Relationship _____ <br>     District _____ Date filed _____ Case number, if known _____ <br>                                            MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* <br> ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). <br> The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). <br><br> *At least one box must be checked*: <br> ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. <br> ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No <br> ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  Larimer Skyview, Inc.                    Case number (if known)_____
        Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| CCX Corporation | trade debt | $ 461,260.05 |
| Moons' Industries (America), Inc. | trade debt | $ 281,968.29 |
| Pelonis Technologies, Inc. | trade debt | $ 67,140.00 |
| E3D-Online Limited | trade debt | 326,275.45 |
|  | Total of petitioners' claims | $ 1,136,643.79 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                **Attorneys**

Name and mailing address of petitioner

CCX Corporation
Name

1399 Horizon Avenue
Number   Street

Lafayette                CO        80026
City                     State     ZIP Code

Aaron J. Conrardy
Printed name

Wadsworth Garber Warner Conrardy, P.C.
Firm name, if any

2580 W. Main St., Suite 200
Number   Street

Littleton                CO        80120
City                     State     ZIP Code

Name and mailing address of petitioner's representative, if any

Contact phone  303-296-1999   Email aconrardy@wgwc-law.com

Bar number  40030

State  CO

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/2/2020
             MM / DD / YYYY

Signature of petitioner or representative, including representative's title: CFO

X [signature]
Signature of attorney

Date signed  9/9/20
             MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 3

Debtor    Larimer Skyview, Inc.
              Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Moons' Industries (America), Inc.
Name

1113 North Prospect Ave.
Number  Street

Itasca                          IL        60143
City                           State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

ANDY SKLIGROMO
Name

113  NORTH PROSPECT AVE
Number  Street

ITASCA              IL      60143
City              State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/02/2020
            MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City ____ State ____ ZIP Code ____

Contact phone ____  Email ____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

---

**Name and mailing address of petitioner**

Pelonis Technologies, Inc.
Name

444 Creamery Way, #500
Number  Street

Exton                    PA        19341
City                    State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City     State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City ____ State ____ ZIP Code ____

Contact phone ____  Email ____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

---

Debtor  **Larimer Skyview, Inc.**  
Name

Case number (if known) _____

### Name and mailing address of petitioner

Moons' Industries (America), Inc.  
Name

1113 North Prospect Ave.  
Number    Street

Itasca              IL         60143  
City              State      ZIP Code

### Name and mailing address of petitioner's representative, if any

_____  
Name

_____  
Number    Street

_____  
City          State        ZIP Code

Printed name _____

Firm name, if any _____

Number    Street _____

City    State    ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____  
MM / DD / YYYY

✗ _____  
Signature of petitioner or representative, including representative's title

✗ _____  
Signature of attorney

Date signed _____  
MM / DD / YYYY

---

### Name and mailing address of petitioner

Pelonis Technologies, Inc.  
Name

444 Creamery Way, #500  
Number    Street

Exton              PA         19341  
City              State      ZIP Code

### Name and mailing address of petitioner's representative, if any

_____  
Name

_____  
Number    Street

_____  
City          State        ZIP Code

Printed name _____

Firm name, if any _____

Number    Street _____

City    State    ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/4/2020  
MM / DD / YYYY

✗ _____ SAM PELONIS _____  
Signature of petitioner or representative, including representative's title

✗ _____  
Signature of attorney

Date signed _____  
MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 4

Debtor  Larimer Skyview, Inc.
         Name

Case number (if known) _____

### Name and mailing address of petitioner

Name: E3D-Online Limited

Number Street: 35a Monument Business Park

City State ZIP Code: Park Chalgrove Oxfordshire OX44 7RW United Kingdom

### Name and mailing address of petitioner's representative, if any

Name: _____

Number Street: _____

City State ZIP Code: _____

Printed name: _____

Firm name, if any: _____

Number Street: _____

City State ZIP Code: _____

Contact phone _____ Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/07/2020
         MM / DD / YYYY

X _[signature]_ LEE NEEDLE
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

### Name and mailing address of petitioner

Name: _____

Number Street: _____

City State ZIP Code: _____

### Name and mailing address of petitioner's representative, if any

Name: _____

Number Street: _____

City State ZIP Code: _____

Printed name: _____

Firm name, if any: _____

Number Street: _____

City State ZIP Code: _____

Contact phone _____ Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
         MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY